**MAPLE COAL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8994.

Circuit Court of Appeals, Eighth Circuit.

Sept. 2, 1930.

Benjamin H. Saunders, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

**Red MARTIN and W. T. Jones, Appellants, v. UNITED STATES of America, Appellee.**

No. 6194.

Circuit Court of Appeals, Ninth Circuit.

Oct. 28, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

**MERCANTILE TRUST CO., Executor, etc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9017.

Circuit Court of Appeals, Eighth Circuit.

Sept. 26, 1930.

L. L. Hamby, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed on motion of respondent and consent of petitioner.

**MINNEAPOLIS GAS LIGHT COMPANY OF DELAWARE, Appellant, v. CITY OF MINNEAPOLIS et al.**

No. 8957.

Circuit Court of Appeals, Eighth Circuit.

Sept. 16, 1930.

Robert Stone, of Topeka, Kan., and Charles R. Fowler, of Minneapolis, Minn., for appellant.

Neil M. Cronin, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed; costs in this court to be divided equally between appellant and appellees, per stipulation of parties.